1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 08-6192M |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Melquin Melendes-Canacas, ) | |
| Defendant. ) | |

This Court has received and considered Defendant's Second Motion To Extend Time To Indict. (docket #16)

**IT IS ORDERED** that Defendant's Motion to Extend Time to File Indictment (Second Request), docket # 16, is **DENIED**. See, *United States v. Ramirez-Cortez*, 213 F.3d 1149, 1156 (9th Cir. 2000) (defendant cannot waive the protections of the Speedy Trial Act indictment clock by stipulating to a continuance). It is, and has been, the District Court's policy since 2000 to deny second or subsequent motions to extend time to indict.

**IT IS FURTHER ORDERED** that defense counsel shall use proper capitalization in all future captions as mandated by LRCrim 12.1 and LRCiv 7.1(a)(3).[1]

Dated this 22nd day of August, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge

---

[1] Defense counsel has been previously and informally advised of this technical violation. He continues to violate this Local Rule. Counsel is forewarned that future violations of this Local Rule may result in sanctions or denial of the substantive motion.

- 2 -